HANSON BRIDGETT LLP
MERTON A. HOWARD, SBN 161125
mhoward@hansonbridgett.com
MEGAN OLIVER THOMPSON, SBN 256654
moliverthompson@hansonbridgett.com
LAWRENCE M. CIRELLI, SBN 114710
lcirelli@hansonbridgett.com
DAVINA PUJARI, SBN 183407
dpujari@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for TETRA TECH EC, INC. and TETRA TECH, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THEODORE ELLINGTON AND VICTORIA TRUSTY,<br><br>Plaintiffs,<br><br>v.<br><br>TETRA TECH, INC.; TETRA TECH EC, INC.; LENNAR CORPORATION; HPS1 BLOCK 51 LLC; FIVEPOINT HOLDINGS, LLC; BILL DOUGHERTY; NICK ZAFERES; EMILE HADDAD, and DOES 1-100 Inclusive,<br><br>Defendants. | Case No. 3:18-CV-05352-JST<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT UNTIL AFTER RESOLUTION OF REMAND MOTION** |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Pursuant to Local Rule 6-1, Plaintiffs Theodore Ellington and Victoria Trusty |
| 3 | ("Plaintiffs") and Defendants Tetra Tech, Inc., Tetra Tech EC, Inc., Lennar Corporation, HPS1 |
| 4 | Block 51 LLC, FivePoint Holdings, Bill Dougherty, Nick Zaferes, and Emile Haddad |
| 5 | ("Defendants"), by and through their undersigned counsel, hereby stipulate as follows: |
| 6 | WHEREAS, Plaintiffs filed this action in the Superior Court of California, in and for the |
| 7 | County of San Francisco on July 24, 2018; |
| 8 | WHEREAS, Defendant Tetra Tech EC, Inc. ("Tetra Tech") removed this action to this |
| 9 | Court on August 30, 2018; |
| 10 | WHEREAS, the parties stipulated and agreed that Defendants shall have to and including |
| 11 | October 1, 2018, to respond to the complaint; |
| 12 | WHEREAS, Plaintiffs filed a motion to remand this action on September 25, 2018; |
| 13 | WHEREAS, the parties agree that this Court's jurisdiction over this action should be |
| 14 | resolved before Defendants respond to the complaint; |
| 15 | WHEREAS, Plaintiffs filed another action that Tetra Tech removed to the Northern |
| 16 | District of California, *Pennington, et al. v. Tetra Tech, Inc., et al.*, Case No. 3:18-cv-05330-JD, in |
| 17 | which the parties will submit a similar stipulation and proposed order; |
| 18 | WHEREFORE, the parties stipulate and agree that Defendants' time to respond to the |
| 19 | complaint is extended until 30 days after the Court denies the motion to remand or, if the motion |
| 20 | is granted, 30 days after the original court receives the case on remand pursuant to California |
| 21 | Code of Civil Procedure section 430.90. |
| 22 | |
| 23 | IT IS SO STIPULATED. |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | | |
|---|---|---|
| 1  DATED: September 26, 2018 | By: | */s/ Anne Marie Murphy* |
| 2 | | JOSEPH W. COTCHETT |
| | | ANNE MARIE MURPHY |
| 3 | | ALISON E. CORDOVA |
| | | ADAM J. TROTT |
| 4 | | STEPHANIE D. BIEHL |
| | | COTCHETT, PITRE & McCARTHY, LLP |
| 5 | | 840 Malcolm Road |
| | | Burlingame, CA 94010 |
| 6 | | Telephone: (650) 697-6000 |
| | | Facsimile: (650) 697-0577 |
| 7 | | Attorneys for THEODORE ELLINGTON and VICTORIA TRUSTY |

DATED: September 26, 2018    By:  */s/ Megan Oliver Thompson*
MERTON A. HOWARD
MEGAN OLIVER THOMPSON
LAWRENCE M. CIRELLI
DAVINA PUJARI
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
Attorneys for TETRA TECH EC, INC. and TETRA TECH, INC.

DATED: September 26, 2018    By:  */s/ Matthew Wickersham*
JEFFREY DINTZER
MATTHEW WICKERSHAM
ALSTON & BIRD LLP
333 S. Hope St., 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Attorneys for FIVEPOINT HOLDINGS, LLC and EMILE HADDAD

DATED: September 26, 2018    By:  */s/ Richard M. Steingard*
RICHARD M. STEINGARD
Law Offices of Richard M. Steingard
800 Wilshire Blvd. Suite 1050
Los Angeles, CA 90017-2672
Telephone: (213) 260-9436
Attorneys for BILL DOUGHERTY

| | | |
|---|---|---|
| DATED: September 26, 2018 | By: | */s/ Geoffrey H. Yost* |

DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DAVID MARROSO (S.B. #211655)
dmarroso@omm.com
MADHU POCHA (S.B. #260997)
mpocha@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile: +1 310 246 6779

GEOFFREY H. YOST (S.B. #159687)
gyost@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: +1 415 984 8700
Facsimile: +1 415 984 8701

VISION WINTER (S.B. #234172)
vwinter@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025-7019
Telephone: +1 650 473 2600
Facsimile: +1 650 473 2601
Attorneys for LENNAR CORPORATION, HPS1 BLOCK 51 LLC and NICK ZAFERES

### Civil Local Rule 5-1(i)(3) Attestation

Pursuant to Civil Local Rule 5-1(i)(3), I, Megan Oliver Thompson, the ECF user whose user ID and password are being utilized in the electronic filing of the foregoing **Stipulation Extending Time to Respond to Complaint Until After Resolution of Remand Motion**, hereby attest that I obtained concurrence in the filing of the document from each of the other signatories hereto.

Dated: September 26, 2018     By: __*/s/ Megan Oliver Thompson*__
                                   Megan Oliver Thompson

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | The parties having stipulated and good cause appearing ~~therefore~~ therefor, Defendants' responses |
| 3 | to Plaintiffs' complaint in this action need not be filed and served until after this Court's ruling on |
| 4 | Plaintiffs' motion to remand. In the event the Court denies Plaintiffs' motion to remand and |
| 5 | retains jurisdiction of this action, Defendants shall have 30 days after the date of the Court's |
| 6 | ruling on the motion to respond to Plaintiffs' complaint. |
| 7 | IT IS SO ORDERED. |

Dated: October 1, 2018

Jon ~~John~~ S. Tigar
United States District Court Judge

- 4 -                          Case No. 18-CV-05352-JST

STIPULATION & [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPL.