1  HANSON BRIDGETT LLP
   MERTON A. HOWARD, SBN 161125
2  mhoward@hansonbridgett.com
   MEGAN OLIVER THOMPSON, SBN 256654
3  moliverthompson@hansonbridgett.com
   LAWRENCE M. CIRELLI, SBN 114710
4  lcirelli@hansonbridgett.com
   DAVINA PUJARI, SBN 183407
5  dpujari@hansonbridgett.com
   425 Market Street, 26th Floor
6  San Francisco, California 94105
   Telephone:    (415) 777-3200
7  Facsimile:    (415) 541-9366

8  Attorneys for TETRA TECH EC, INC. and TETRA
   TECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THEODORE ELLINGTON AND VICTORIA TRUSTY,<br><br>Plaintiffs,<br><br>v.<br><br>TETRA TECH, INC.; TETRA TECH EC, INC.; LENNAR CORPORATION; HPS1 BLOCK 51 LLC; FIVEPOINT HOLDINGS, LLC; BILL DOUGHERTY; NICK ZAFERES; EMILE HADDAD, and DOES 1-100 Inclusive,<br><br>Defendants. | Case No. 3:18-CV-05352-JST<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' MOTION TO REMAND** |

- 1 -    Case No. 3:18-CV-05352-JST
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' MOTION TO REMAND

14921048.2

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Pursuant to Local Rules 6-1 and 6-2, Plaintiffs Theodore Ellington and Victoria Trusty |
| 3 | ("Plaintiffs") and Defendant Tetra Tech EC, Inc. ("Tetra Tech"), by and through their |
| 4 | undersigned counsel, hereby stipulate as follows: |
| 5 | WHEREAS, Tetra Tech removed this action to this Court on August 30, 2018. |
| 6 | WHEREAS, Plaintiffs filed a motion to remand this action on September 25, 2018. |
| 7 | WHEREAS, Tetra Tech's deadline to file an opposition to the motion to remand is |
| 8 | October 9, 2018, and Plaintiffs' deadline to file a reply in support of their motion to remand is |
| 9 | October 16, 2018. |
| 10 | WHEREAS, the motion is currently set for hearing on November 8, 2018. |
| 11 | WHEREAS, Plaintiffs also filed an identical motion to remand in a substantially similar |
| 12 | case entitled *Pennington, et al. v. Tetra Tech, Inc., et al.*, Case No. 3:18-cv-05330-JD, also |
| 13 | pending in the Northern District of California. The motion hearing in *Pennington* is currently set |
| 14 | for November 15, 2018 before Judge Donato. |
| 15 | WHEREAS, on September 24, 2018, Tetra Tech filed an administrative motion to |
| 16 | consider whether four cases pending in the Northern District of California should be related, those |
| 17 | being the instant action, the *Pennington* action, *Michael Lin, et al. v. Tetra Tech, Inc., et al.*, Case |
| 18 | No. 3:18-cv-05771-LB, and *Dorsey v. Tetra Tech EC, Inc., et al.,* Case No. 3:18-cv-03623-EDL, |
| 19 | the action in which the administrative motion was filed. The *Pennington, Ellington,* and *Lin* |
| 20 | plaintiffs agree that their cases are related, but not that the *Dorsey* case is related. |
| 21 | WHEREAS, Tetra Tech believes that resolving the administrative motion regarding |
| 22 | related cases—prior to multiple hearings on identical remand motions before different assigned |
| 23 | Judges—will optimally serve the parties' and the Court's interests in efficiency and equity. |
| 24 | WHEREAS, under Local Rule 3-12(b)(1), a ruling is expected on the administrative |
| 25 | motion by October 12, 2018. |
| 26 | WHEREAS, Tetra Tech requires additional time to gather the necessary evidence to |
| 27 | support its Opposition to Plaintiff's Motion to Remand. Some of the evidence is many decades |
| 28 | |

- 1 - Case No. 3:18-CV-05352-JST
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' MOTION TO REMAND

14921048.2

old and is not within the custody and control of Tetra Tech; while some of the evidence under review is extremely voluminous. (*See* Declaration of Merton A. Howard submitted herewith.)

IT IS HEREBY STIPULATED AND AGREED, by the undersigned parties, through their counsel, and subject to Court approval, that Tetra Tech may have until October 23, 2018, to file its Opposition to Plaintiffs' Motion to Remand, and Plaintiffs may have a corresponding extension of time until November 6, 2018 to file their Reply. In order to accommodate the revised briefing schedule, the parties are available for hearing on November 15, November 29, or such later date as is ordered by the Court.

Dated: October 5, 2018   By: */s/ Anne Marie Murphy*
JOSEPH W. COTCHETT
ANNE MARIE MURPHY
ALISON E. CORDOVA
ADAM J. TROTT
STEPHANIE D. BIEHL
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577
Attorneys for THEODORE ELLINGTON and VICTORIA TRUSTY

Dated: October 5, 2018   By: */s/ Megan Oliver Thompson*
MERTON A. HOWARD
MEGAN OLIVER THOMPSON
LAWRENCE M. CIRELLI
DAVINA PUJARI
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:  (415) 777-3200
Facsimile:  (415) 541-9366
Attorneys for TETRA TECH EC, INC. and TETRA TECH, INC.

- 2 -   Case No. 3:18-CV-05352-JST
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' MOTION TO REMAND

14921048.2

**Civil Local Rule 5-1(i)(3) Attestation**

Pursuant to Civil Local Rule 5-1(i)(3), I, Megan Oliver Thompson, the ECF user whose user ID and password are being utilized in the electronic filing of the foregoing **Stipulation Extending Time to Respond to Plaintiffs' Motion to Remand**, hereby attest that I obtained concurrence in the filing of the document from each of the other signatories hereto.

Dated: October 5, 2018     By:  */s/ Megan Oliver Thompson*
                                Megan Oliver Thompson

**[PROPOSED] ORDER**

The parties having stipulated and good cause appearing therefore, Tetra Tech may have until October 23, 2018, to file its Opposition to Plaintiffs' Motion to Remand, and Plaintiffs may have until November 6, 2018, to file their Reply. The Motion will be heard on December 6 , 2018.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 9, 2018

Hon. ~~John S. Tigar~~ Jon S. Tigar
United States District Court Judge